1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

JOSEPHINE KANE,

9                    Plaintiff,                          CASE NO. C10-5017BHS

10        v.

11   MICHAEL J. ASTRUE, Commissioner of        ORDER ADOPTING REPORT
     Social Security,                           AND RECOMMENDATION

12                    Defendant.

13

14        This matter comes before the Court on the Report and Recommendation ("R&R")

15   of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 20).  The

16   Court having considered the R&R and the remaining record, and no objections having

17   been filed, does hereby find and order as follows:

18        (1)     The R&R (Dkt. 20) is **ADOPTED**;

19
          (2)     The Administrative Law Judge's decision finding that Plaintiff is not
20
     disabled for purposes of receiving Social Security benefits is **AFFIRMED**; and
21
          (3)     Plaintiff's complaint in this action is **DISMISSED with prejudice**.
22
          DATED this 14th day of February, 2011.
23

24

25                                               _____
                                                 BENJAMIN H. SETTLE
26                                               United States District Judge

27

28

ORDER