# United States District Court
WESTERN DISTRICT OF WASHINGTON

JOSEPHINE KANE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5017BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R (Dkt. 20) is **ADOPTED**;

The Administrative Law Judge's decision finding that Plaintiff is not disabled for purposes of receiving Social Security benefits is **AFFIRMED**; and

Plaintiff's complaint in this action is **DISMISSED with prejudice.**

February 15, 2011  
Date

BRUCE RIFKIN  
Clerk

*s/CM Gonzalez*  
Deputy Clerk